IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**                                                                                       **PLAINTIFF**
**#255807**

V.                                     **NO. 4:22-cv-00895-JM**

**HIGGINS**, *et al*.                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE